ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
DAVID R. ZARO (BAR NO. 124334)
PETER A. GRIFFIN (BAR NO. 306201)
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        pgriffin@allenmatkins.com

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
EDWARD G. FATES (BAR NO. 227809)
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Receiver
THOMAS A. SEAMAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EMILIO FRANCISCO; PDC CAPITAL GROUP, LLC; CAFFE PRIMO INTERNATIONAL, INC.; SAL ASSISTED LIVING, LP; SAL CARMICHAEL, LP; SAL CITRUS HEIGHTS, LP; SAL KERN CANYON, LP; SAL PHOENIX, LP; SAL WESTGATE, LP; SUMMERPLACE AT SARASOTA, LP; SUMMERPLACE AT CLEARWATER, LP; SUMMERPLACE AT CORRELL PALMS, LP; TRC TUCSON, LP; CLEAR CURRENTS WEST, LP; CAFFE PRIMO MANAGEMENT, LP; CAFFE PRIMO MANAGEMENT 102, LP; CAFFE PRIMO MANAGEMENT 103, LP; CAFFE PRIMO MANAGEMENT 104, LP; CAFFE PRIMO MANAGEMENT 105, LP; CAFFE PRIMO MANAGEMENT 106, LP; CAFFE PRIMO MANAGEMENT 107, LP; and CAFFE PRIMO MANAGEMENT 108, LP,<br><br>Defendants. | Case No. 8:16-cv-02257-CJC-DFM<br><br>**JOINT STIPULATION CONTINUING DATE FOR HEARING ON RECEIVER'S MOTION FOR ORDER REQUIRING TURNOVER OF DOCUMENTS BY ERIC CHESS BRONK, ESQ. OR, IN THE ALTERNATIVE, FOR ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT FOR FAILURE TO COMPLY WITH PRELIMINARY INJUNCTION [DKT. NO. 118]**<br><br>Date:   December 4, 2017<br>Time:   1:30 p.m.<br>Ctrm:   9B, 9th Floor<br>Judge:  Hon. Cormac J. Carney |

The following Joint Stipulation Continuing Date for Hearing on Receiver's Motion for Order Requiring Turnover of Documents by Eric Chess Bronk, Esq. or, in the Alternative, for Order to Show Cause Re: Civil Contempt for Failure to Comply With Preliminary Injunction [Dkt. No. 118] ("Motion") is made by and between (1) Thomas A. Seaman ("Receiver"), the Court-appointed receiver for the Defendant entities and their subsidiaries and affiliates (collectively, "Receivership Entities"), (2) Plaintiff Securities and Exchange Commission; (3) Defendant Emilio Francisco; and (4) Eric Chess Bronk, Esq. (collectively, the "Parties"), by and through their respective counsel of record, in accordance with the following:

**RECITALS**

WHEREAS, on December 27, 2016, the SEC filed its enforcement action styled as *Securities and Exchange Commission v. Emilio Francisco; PDC Capital Group, LLC; et al.,* United States District Court, Central District of California, Case No. 8:16-cv-02257-CJC-DFM.

WHEREAS, on January 5, 2017, this Court entered the Temporary Restraining Order and Orders (1) Freezing Assets; (2) Prohibiting Destruction of Documents; (3) Appointing a Temporary Receiver, and (4) to Show Cause Regarding Issuance of a Preliminary Injunction and Appointment of a Permanent Receiver ("TRO") (Dkt. No. 17), and on January 23, 2017, this Court entered its Preliminary Injunction Against All Defendants ("PI Order") (Dkt. No. 36).

WHEREAS, on October 27, 2017, the Receiver filed the Motion, which is currently set for hearing on December 4, 2017. The deadline for responses to the Motion is currently November 13, 2017.

WHEREAS, Mr. Bronk has recently advised the Receiver that he intends to produce additional documents (emails and attachments) and provide a revised log of documents claimed to be subject to the attorney-client privilege. Accordingly, Mr. Bronk asked the Receiver to agree to a continuance of the hearing on the Motion.

1 WHEREAS, separately, the Receiver had asked Mr. Bronk if he would agree to a tolling of the statute of limitations (and other defenses based on the passage of time) for claims held by the Receiver against Mr. Bronk.

WHEREAS, the Receiver and Mr. Bronk then agreed that if Mr. Bronk signed the proposed Tolling Agreement, the Receiver would stipulate to an two-week continuance of the hearing date.  Mr. Bronk and the Receiver, through his counsel, have signed the Tolling Agreement.

## **STIPULATION AND AGREEMENT**

Accordingly, and in consideration of the foregoing facts, the Parties hereby STIPULATE and AGREE as follows:

1. The hearing on the Motion [Dkt. No. 118] shall be continued from December 4, 2017, to December 18, 2017, at 1:30 p.m.

[Signatures on Next Page]

| | | |
|---|---|---|
| 1 | Dated: November 13, 2017 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP |
| 2 | | |
| 3 | | By:     */s/ Edward Fates*<br>EDWARD G. FATES |
| 4 | | Attorneys for Receiver<br>THOMAS A. SEAMAN |
| 5 | Dated: November 13, 2017 | SECURITIES AND EXCHANGE COMMISSION |
| 6 | | |
| 7 | | By:     */s/ John Bulgozdy* |
| 8 | | JOHN B. BULGOZDY<br>Attorneys for Plaintiff<br>SECURITIES AND EXCHANGE |
| 9 | | COMMISSION |
| 10 | Dated: November 10, 2017 | WALTERS LAW GROUP |
| 11 | | By:     */s/ Christopher Walters* |
| 12 | | CHRISTOPHER L. WALTERS<br>Attorneys for Emilio Francisco |
| 13 | | |
| 14 | Dated: November 10, 2017 | By: |
| 15 | | ERIC CHESS BRONK, ESQ. |

*In accordance with Local Rule 5-4.3.4, the filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

| | | |
|---|---|---|
| 1 | Dated: November 10, 2017 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP |
| 2 | | |
| 3 | | By:   /s/ Edward Fates  <br>EDWARD G. FATES <br>Attorneys for Receiver <br>THOMAS A. SEAMAN |
| 4 | | |
| 5 | Dated: November 10, 2017 | SECURITIES AND EXCHANGE COMMISSION |
| 6 | | |
| 7 | | By: _____ |
| 8 | | JOHN B. BULGOZDY <br>Attorneys for Plaintiff <br>SECURITIES AND EXCHANGE COMMISSION |
| 9 | | |
| 10 | Dated: November 10, 2017 | WALTERS LAW GROUP |
| 11 | | By: _____ |
| 12 | | CHRISTOPHER L. WALTERS <br>Attorneys for Emilio Francisco |
| 13 | | |
| 14 | Dated: November 10, 2017 | By: _____ |
| 15 | | ERIC CHESS BRONK, ESQ. |

In accordance with Local Rule 5-4.3.4, the filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.