JOHN B. BULGOZDY (Cal. Bar No. 219897)
Email:  bulgozdyj@sec.gov
ADRIENNE D. GURLEY
Email:  gurleya@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EMILIO FRANCISCO, et al,,<br><br>　　　　　Defendants. | Case No. 8:16-cv-02257-CJC-DFM<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S STATEMENT OF NON-OPPOSITION TO MOTION OF RECEIVER, THOMAS A. SEAMAN, FOR ORDER APPROVING: (1) SALE OF CLEARWATER PROPERTY; (2) REAL ESTATE COMMISSION; AND (3) OVERBID PROCEDURES**<br><br>Date:　　September 10, 2018<br>Time:　　1:30 p.m.<br>Place:　　Courtroom 9B<br>Judge:　　Hon. Cormac J. Carney |

Plaintiff Securities and Exchange Commission ("SEC") does not oppose the Motion of Receiver, Thomas A. Seaman, for Order Approving: (1) Sale of Clearwater Property; (2) Real Estate Commission; and (3) Overbid Procedures.

The SEC supports the proposed sale at a price of $2.1 million, as well as the overbid procedures. In addition, the proposed real estate commission is reasonable.

Respectfully submitted,

Dated: August 20, 2018

*/s/ John B. Bulgozdy*
John B. Bulgozdy
Adrienne D. Gurley
Attorneys for Plaintiff
Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

    U.S. SECURITIES AND EXCHANGE COMMISSION,
    444 S. Flower Street, Suite 900, Los Angeles, California 90071
    Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On August 20, 2018, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S STATEMENT OF NON-OPPOSITION TO MOTION OF RECEIVER, THOMAS A. SEAMAN, FOR ORDER APPROVING: (1) SALE OF CLEARWATER PROPERTY; (2) REAL ESTATE COMMISSION; AND (3) OVERBID PROCEDURES** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☒ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

    I declare under penalty of perjury that the foregoing is true and correct.

Date: August 20, 2018                  */s/ John B. Bulgozdy*
                                               John B. Bulgozdy

**SEC v. Emilio Francisco, et al.**
**United States District Court—Central District of California**
**Case No. 8:16-cv-02257-CJC-DFM**

**SERVICE LIST**

Emilio Francisco **(served by email and UPS)**
15 Rue Saint Cloud
Newport Beach, CA 92660
Email: Emilio@drlawcenter.com
*Pro se*

David R. Zaro, Esq. **(served by CM/ECF only)**
Edward G. Fates, Esq. **(served by CM/ECF only)**
Allen Matkins Leck Gamble Mallory & Natsis LLP
865 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017
Email: dzaro@allenmatkins.com
*Attorney for Receiver Thomas A. Seaman, Receiver for: Defendant Caffe Primo International, Inc.; Defendant SAL Assisted Living, LP; Defendant SAL Carmichael, LP; Defendant SAL Citrus Heights, LP; Defendant SAL Kern Canyon, LP; Defendant SAL Phoenix, LP; Defendant SAL Westgate, LP; Defendant Summerplace at Clearwater, LP; Defendant Summerplace at Correll Palms, LP; Defendant Summerplace at Sarasota, LP; Defendant TRC Tucson, LP; Defendant Clear Currents West, LP; Defendant Caffe Primo Management, LP; Defendant Caffe Primo Management 102, LP; Defendant Caffe Primo Management 103, LP; Defendant Caffe Primo Management 104, LP; Defendant Caffe Primo Management 105, LP; Defendant Caffe Primo Management 106, LP; Defendant Caffe Primo Management 107, LP; Defendant Caffe Primo Management 108, LP*