ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
DAVID R. ZARO (BAR NO. 124334)
PETER A. GRIFFIN (BAR NO. 306201)
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        pgriffin@allenmatkins.com

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
EDWARD G. FATES (BAR NO. 227809)
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Receiver
THOMAS A. SEAMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EMILIO FRANCISCO; PDC CAPITAL GROUP, LLC; CAFFE PRIMO INTERNATIONAL, INC.; SAL ASSISTED LIVING, LP; SAL CARMICHAEL, LP; SAL CITRUS HEIGHTS, LP; SAL KERN CANYON, LP; SAL PHOENIX, LP; SAL WESTGATE, LP; SUMMERPLACE AT SARASOTA, LP; SUMMERPLACE AT CLEARWATER, LP; SUMMERPLACE AT CORRELL PALMS, LP; TRC TUCSON, LP; CLEAR CURRENTS WEST, LP; CAFFE PRIMO MANAGEMENT, LP; CAFFE PRIMO MANAGEMENT 102, LP; et al.,<br><br>Defendants. | Case No. 8:16-cv-02257-CJC-DFM<br><br>**NOTICE OF NON-OPPOSITION TO MOTION OF RECEIVER, THOMAS A. SEAMAN, FOR ORDER APPROVING: (1) SALE OF YACHT; (2) BROKER COMMISSION; AND (3) SEVERANCE PAYMENT TO CAPTAIN AND FIRST MATE**<br><br>Date: September 10, 2018<br>Time: 1:30 p.m.<br>Ctrm: 9B, 9th Floor<br>Judge: Hon. Cormac J. Carney |

1     Thomas A. Seaman ("Receiver"), the Court-appointed receiver for the entity
2 Defendants and their subsidiaries and affiliates, including Red Sunshine
3 Holdings, Ltd, hereby gives notice that there has been no opposition to his Motion
4 for Approval of: (1) Sale of Yacht; (2) Broker Commission; and (3) Severance
5 Payment to Captain and First Mate ("Motion") filed with the Court or received by the
6 Receiver.  Accordingly, the Receiver requests the Court grant the relief requested in
7 the Motion and such other relief as may be appropriate under the circumstances.

9 Dated: August 27, 2018          ALLEN MATKINS LECK GAMBLE
                                                     MALLORY & NATSIS LLP

                                     By:     */s/ Edward Fates*
                                                   EDWARD G. FATES
                                                   Attorneys for Receiver
                                                   THOMAS A. SEAMAN

# PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is One America Plaza, 600 West Broadway, 27th Floor, San Diego, California 92101-0903.

On August 27, 2018, I served on interested parties in said action the within:

> **NOTICE OF NON-OPPOSITION TO MOTION OF RECEIVER, THOMAS A. SEAMAN, FOR ORDER APPROVING: (1) SALE OF YACHT; (2) BROKER COMMISSION; AND (3) SEVERANCE PAYMENT TO CAPTAIN AND FIRST MATE**

☒ **BY U.S. MAIL:** by placing a true copy thereof in sealed envelope(s), addressed as indicated below. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service in San Diego County on that same day in the ordinary course of business.

```
Emilio Francisco                              Defendant
15 Rue Saint Cloud
Newport Beach, California 92660
```

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 27, 2018, at San Diego, California.

```
    Edward G. Fates                    /s/ Edward Fates
  (Type or print name)                   (Signature)
```