ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
DAVID R. ZARO (BAR NO. 124334)
PETER A. GRIFFIN (BAR NO. 306201)
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
pgriffin@allenmatkins.com

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
EDWARD G. FATES (BAR NO. 227809)
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Receiver
THOMAS A. SEAMAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

EMILIO FRANCISCO; PDC CAPITAL GROUP, LLC; CAFFE PRIMO INTERNATIONAL, INC.; SAL ASSISTED LIVING, LP; SAL CARMICHAEL, LP; SAL CITRUS HEIGHTS, LP; SAL KERN CANYON, LP; SAL PHOENIX, LP; SAL WESTGATE, LP; SUMMERPLACE AT SARASOTA, LP; SUMMERPLACE AT CLEARWATER, LP; SUMMERPLACE AT CORRELL PALMS, LP; TRC TUCSON, LP; CLEAR CURRENTS WEST, LP; CAFFE PRIMO MANAGEMENT, LP; CAFFE PRIMO MANAGEMENT 102, LP; et al.,

Defendants.

Case No. 8:16-cv-02257-CJC-DFM

**NOTICE OF MOTION AND MOTION OF RECEIVER, THOMAS A. SEAMAN, FOR ORDER ESTABLISHING ALLOWED CLAIMS; APPROVING OMNIBUS AND SPECIFIC CLAIM OBJECTIONS; AND SUBORDINATION OF RICHARDSON CLAIMS**

Date: April 22, 2019
Time: 1:30 pm
Ctrm: 7C, 7th Floor
Judge: Hon. Cormac J. Carney

**PLEASE TAKE NOTICE** that on April 22, 2019, at 1:30 p.m., Courtroom 7C of the above-entitled Court, located at 350 W. 1st Street, Los Angeles, California 90012, Thomas A. Seaman (the "Receiver"), the Court-appointed permanent Receiver for PDC Capital Group, LLC and its subsidiaries and affiliates (collectively, the "Receivership Entities"), will, and hereby does move for an order from this Court: (1) Establishing the allowed amount of investor and non-investor claims; (2) Approving omnibus and specific claim objections; and (3) Subordinating the payment of the Richardson claims, if any are allowed (the "Motion").

This Motion is brought on the grounds that the Receiver has determined, in his reasonable business judgment, the allowed amount of each claim submitted pursuant to the claims procedures set forth in that Order Granting Receiver's Motion: (1) Approving Claim Forms; (2) Setting Claims Bar Date; and (3) Establishing Summary Claims Procedure [Dkt. 254]. The Receiver requests the Court to determine the allowed amount of claims for each investor and non-investor creditor based upon the Receiver's recommendations. As detailed in the Memorandum of Points and Authorities, the proposed investor claims were determined using the "MIMO" or "Money-In, Money-Out" methodology. As to all claims, the proposed allowed amounts exclude claims for interest, consequential damages, lost profits and professional fees. While the Receiver has objected to all of Mr. Richardson's claims, if and only if the Court allows Mr. Richardson's claims, the Receiver moves for an order subordinating Mr. Richardson's claims to the payment of all other allowed claims.

This Motion is based on the instant Notice of Motion and Motion, the concurrently submitted Memorandum of Points and Authorities, and the Declaration of Thomas A. Seaman along with such other material and information as the Court may consider in connection with the Motion.

**PLEASE TAKE FURTHER NOTICE** that, if you oppose this Motion, you are required to file your written opposition with the Office of the Clerk, United States

District Court, 350 W. 1st Street, Los Angeles, California 90012, , and serve the same on the undersigned not later than 21 days prior to the hearing date. If you fail to file and serve a written opposition by the above date, then the Court may grant the requested relief without further notice.

This Motion is made following the conference of counsel pursuant to L.R. 7-3.

Dated: March 6, 2019

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

By: */s/ David R. Zaro*
DAVID R. ZARO
Attorneys for Receiver
THOMAS A. SEAMAN

# PROOF OF SERVICE

*Securities and Exchange Commission v. Emilio Francisco; PDC Capital Group, LLC, et al.,*
USDC, Central District of California – Case No. 8:16-cv-02257-CJC-DFM

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 865 S. Figueroa Street, Suite 2800, Los Angeles, California 90017-2543.

On **March 6, 2019**, I caused to be served the document entitled: **NOTICE OF MOTION AND MOTION OF RECEIVER, THOMAS A. SEAMAN, FOR ORDER ESTABLISHING ALLOWED CLAIMS; APPROVING OMNIBUS AND SPECIFIC CLAIM OBJECTIONS; AND SUBORDINATION OF RICHARDSON CLAIM** on all the parties to this action addressed as stated on the attached service list.

☒ **OFFICE MAIL**: By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **OVERNIGHT DELIVERY**: I deposited in a box or other facility regularly maintained by express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document(s) in sealed envelope(s) or package(s) designed by the express service carrier, addressed as indicated on the attached service list, with fees for overnight delivery paid or provided for.

☐ **HAND DELIVERY**: I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **ELECTRONIC MAIL**: By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING**: By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX**: By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on **March 6, 2019** at Los Angeles, California.

/s/ *Martha Diaz*
Martha Diaz

# SERVICE LIST

*Securities and Exchange Commission v. Emilio Francisco; PDC Capital Group, LLC, et al.,*
USDC, Central District of California – Case No. 8:16-cv-02257-CJC-DFM

| | |
|---|---|
| Michael S. Provenzale, Esq.<br>Lowndes, Drosdick, Doster, Kantor & Reed P.A.<br>215 N. Eola Drive<br>Orlando, FL 32801<br><br>407.418.6294 DID \| 407.843.4444 F<br>michael.provenzale@lowndes-law.com | Attorneys for Claimant<br>WALLIS MURPHY BOYINGTON ARCHITECTS |
| Wallis Murphy Boyington Architects, Inc.<br>c/o Michael S. Provenzele, Esq.<br>110 S. Kentucky Avenue<br>Lakeland, FL 33801 | |
| Brad A. Mokri, Esq.<br>Jennifer N. Harris, Esq.<br>Law Offices of Mokri & Associates<br>1851 E. First Street, Suite 900<br>Santa Ana, CA 92705<br><br>714.619.9395 P \| 714.619.9396<br>mokrilaw@yahoo.com | Attorneys for Claimant<br>NEIL RICHARDSON; RICHARDSON FAMILY TRUST |
| Landmark Civil Services, LLC<br>c/o Gilles Oullette<br>5578 Commercial Boulevard<br>Winter Haven, FL 33880 | |
| Correll Palms, LLC<br>c/o Gilles Oullette<br>505 Ariana Avenue<br>Auburndale, FL 33823 | |