| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | | Case No. 8:16-cv-02257-CJC-DFM |
| | Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION OF RECEIVER THOMAS A. SEAMAN FOR APPROVAL OF SETTLEMENT AGREEMENT WITH MARILYN THOMASSEN, MARILYN THOMASSEN & ASSOCIATES, P.C., M. THOMASSEN & ASSOCIATES, P.C., AND AMERICAN IMMIGRATION LAW CENTER** |
| | v. | |
| EMILIO FRANCISCO; PDC CAPITAL GROUP, LLC; CAFFE PRIMO INTERNATIONAL, INC.; SAL ASSISTED LIVING, LP; SL CARMICHAEL, LP; SAL CITRUS HEIGHTS, LP; SAL KERN CANYON, LP; SAL PHOENIX, LP; SAL WESTGATE, LP; SUMMERPLACE AT SARASOTA, LP; SUMMERPLACE AT CLEARWATER, LP; SUMMERPLACE AT CORRELL PALMS, LP; TRC TUCSON, LP; CLEAR CURRENTS WEST, LP; CAFFE PRIMO MANAGEMENT, LP; CAFFE PRIMO MANAGEMENT 102, LP; et al., | | Date: April 15, 2019<br>Time: 1:30 p.m.<br>Ctrm: 7C<br>Judge Hon. Cormac J. Carney |
| | Defendants. | |

# **[PROPOSED] ORDER**

The Court, having considered the Motion for Approval of Settlement Agreement with Marilyn Thomassen, Marilyn Thomassen & Associates, P.C., M. Thomassen & Associates, P.C., And American Immigration Law Center ("Motion") of Thomas A. Seaman ("Receiver"), the Court-appointed permanent equity receiver for PDC Capital Group, LLC, Caffe Primo International, Inc. and their subsidiaries and affiliates ("Receivership Entities"), seeking an order approving a settlement of claims, and good cause appearing therefor, hereby orders as follows:

1. The Motion is granted; and

2. The Settlement Agreement and Release of All Claims attached to the Declaration of Thomas A. Seaman in Support of the Motion is approved.

Dated: _____

Hon. Cormac J. Carney
Judge, United States District Court