ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
DAVID R. ZARO (BAR NO. 124334)
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
EDWARD G. FATES (BAR NO. 227809)
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Receiver
THOMAS A. SEAMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EMILIO FRANCISCO; PDC CAPITAL GROUP, LLC; CAFFE PRIMO INTERNATIONAL, INC.; SAL ASSISTED LIVING, LP; SAL CARMICHAEL, LP; SAL CITRUS HEIGHTS, LP; SAL KERN CANYON, LP; SAL PHOENIX, LP; SAL WESTGATE, LP; SUMMERPLACE AT SARASOTA, LP; SUMMERPLACE AT CLEARWATER, LP; SUMMERPLACE AT CORRELL PALMS, LP; TRC TUCSON, LP; CLEAR CURRENTS WEST, LP; CAFFE PRIMO MANAGEMENT, LP; CAFFE PRIMO MANAGEMENT 102, LP; CAFFE PRIMO MANAGEMENT 103, LP; CAFFE PRIMO MANAGEMENT 104, LP; CAFFE PRIMO MANAGEMENT 105, LP; CAFFE PRIMO MANAGEMENT 106, LP; CAFFE PRIMO MANAGEMENT 107, LP; and CAFFE PRIMO MANAGEMENT 108, LP,<br>　　　　Defendants. | Case No. 8:16-cv-02257-CJC-DFM<br><br>**NOTICE OF MOTION AND MOTION OF RECEIVER FOR ORDER: (1) APPROVING FINAL REPORT AND ACCOUNTING; (2) AUTHORIZING PAYMENT OF FINAL FEE APPLICATIONS OF RECEIVER AND PROFESSIONALS; (3) AUTHORIZING DESTRUCTION OF RECORDS; AND (4) DISCHARGING AND RELEASING RECEIVER**<br><br>Date:　　January 24, 2022<br>Time:　　1:30 p.m.<br>Ctrm:　　7C<br>Judge:　　Hon. Cormac J. Carney |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on January 24, 2022, at 1:30 p.m., in Courtroom 7C of the above-entitled Court, located at 350 W. First Street, Los Angeles, California 90012, Thomas A. Seaman (the "Receiver"), the Court-appointed permanent receiver for PDC Capital Group, LLC, and its subsidiaries and affiliates (collectively, the "Receivership Entities") will and does hereby move for an order (1) Approving Receiver's Final Report and Accounting ("Final Report"); (2) Approving and Authorizing Payment of Receiver's and his Professionals' respective Final Applications for Payment of Fees and Reimbursement of Expenses (the "Final Fee Applications"); (3) Authorizing Destruction of Records; and (4) Discharging and Releasing the Receiver (the "Motion").

Counsel for the Receiver conferred with counsel for parties at least seven days before filing the Motion.

The Motion is based on this Notice of Motion and Motion, the concurrently-submitted Memorandum of Points and Authorities, and the Declaration of Thomas A. Seaman, and such other material and information as the Court may consider in connection herewith.

**Procedural Requirements:** If you oppose this Motion, you are required to file your written opposition with the Office of the Clerk, United States District Court, Central District of California, 411 W. Fourth Street, Santa Ana, California 92701, and serve the same on the undersigned no later than 14 calendar days prior to the hearing on this Motion.

Dated: December 17, 2021

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By:     */s/ David R. Zaro*
DAVID R. ZARO
Attorneys for Receiver
THOMAS A. SEAMAN

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4864-0773-2226.1

-2-