ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
DAVID R. ZARO (BAR NO. 124334)
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
EDWARD G. FATES (BAR NO. 227809)
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Receiver
THOMAS A. SEAMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 8:16-cv-02257-CJC-DFM |
| Plaintiff, | **FINAL REPORT AND ACCOUNTING OF RECEIVER, THOMAS A. SEAMAN** |
| v. | |
| EMILIO FRANCISCO; PDC CAPITAL GROUP, LLC; CAFFE PRIMO INTERNATIONAL, INC.; SAL ASSISTED LIVING, LP; SAL CARMICHAEL, LP; SAL CITRUS HEIGHTS, LP; SAL KERN CANYON, LP; SAL PHOENIX, LP; SAL WESTGATE, LP; SUMMERPLACE AT SARASOTA, LP; SUMMERPLACE AT CLEARWATER, LP; SUMMERPLACE AT CORRELL PALMS, LP; TRC TUCSON, LP; CLEAR CURRENTS WEST, LP; CAFFE PRIMO MANAGEMENT, LP; CAFFE PRIMO MANAGEMENT 102, LP; CAFFE PRIMO MANAGEMENT 103, LP; CAFFE PRIMO MANAGEMENT 104, LP; CAFFE PRIMO MANAGEMENT 105, LP; CAFFE PRIMO MANAGEMENT 106, LP; CAFFE PRIMO MANAGEMENT 107, LP; and CAFFE PRIMO MANAGEMENT 108, LP, | Date:     January 24, 2022<br>Time:     1:30 p.m.<br>Ctrm:     7C<br>Judge:   Hon. Cormac J. Carney |
| Defendants. | |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Thomas A. Seaman (the "Receiver"), the Court-appointed permanent receiver for PDC Capital Group, LLC ("PDC") and its subsidiaries and affiliates (collectively, the "Receivership Entities" or "Entities"), hereby submits this Final Report and Accounting (the "Final Report").  This Final Report provides a brief summary of the Receiver's activities over the course of the receivership with an emphasis upon the more recent work.  This Final Report also reiterates the Receiver's recommendation that the receivership be concluded and the Receiver discharged.

## I.     BACKGROUND STATEMENT.

The Receiver submitted Reports to the Court on a periodic basis reflecting the work performed over these past four years.  The Receiver invites the Court and interested parties to review the Reports for a detailed description of the Receiver's work.  (See ECF Nos. 32, 68, 143, 194, 231, 268, 295, 313, 341, 356, 371, 398.)  The Receiver's most significant accomplishments during the pendency of the instant receivership include:

- Completing a detailed review and analysis of the business and financial activities of the Receivership Entities, including a review and analysis of investments made by 134 investors seeking EB-5 immigration to the United States; evaluating the value, propriety, and feasibility of operating businesses and real estate developments; and valuing the real and personal property owned by the Receivership Entities;

- Marshaling, preserving and selling all receivership assets ("Receivership Assets" or "Assets"); ultimately resulting in gross recoveries in the amount of $17,359,648 for the benefit of the Receivership Entities;

- Promptly evaluating the operating businesses of the estate and terminating operations resulting in significant savings to the estate;

- Reviewing and validating the investor claims in the amount of $66,340,000 and non-investor claims in the amount of $147,695 and developing and securing Court approval of the recommended equitable treatment of allowed claims;

- Developing, and securing Court approval of the proposed plan for distribution to holders of allowed claims, pursuant to which the Receiver made an initial distribution, in the aggregate amount of $9.378 million, on a *pro rata* basis on all allowed, non-subordinated claims;

- Taking control over and either operating or preserving partially developed assisted living projects in California, Arizona and Florida and enhancing their value through, among other things, operational changes and capital improvements.  Despite significant issues with lenders and regulators, the Receiver sold the projects generating significant returns to the Receivership estate;

- Notwithstanding the significant secured loans encumbering the raw land acquired by PDC, negotiating short-sales and settlements with lenders which consistently returned revenue to the estate, even as to properties with no value above the loan amount;

- Favorably resolving contingent administrative claims including taxes and a contingent liability to the purchaser of Tucson TRC such that the Receiver was able to make an additional distribution of $1.310 million to investors;

- Successfully filing all receivership QSF tax returns as well as the 59 separate tax returns for pre-receivership tax periods with no tax payments being required; and

- Successfully selling off unique assets including a yacht in Mexico and a small manufacturer of ammunition located in Stevensville, Montana.

1  The Receiver also administered the assets of the Receivership Entities
2  (collectively, sometimes, the "Estate"), including conferring with investors and
3  keeping them apprised of the status of the receivership.

4  As previously reported to the Court, since the last Receiver Reports were
5  submitted in March 2021 [ECF 389] and August 2021 [ECF 398], the Receiver has
6  concluded the process of distributing funds to the investors and creditors with
7  allowed claims.  The task of filing the qualified settlement fund returns and the 59
8  entity tax returns was also concluded.  In addition, the Receiver has worked with the
9  SEC to address the requested Consent Judgment, records requests, and requests for
10  documents and information concerning the funds held in a safe deposit box claimed
11  by Defendant Francisco's daughter.

12  **II.    CLOSING OF THE RECEIVERSHIP.**

13  With the conclusion of the foregoing work, the Receiver recommends that the
14  receivership be concluded.  To that end, the Receiver requests the following relief
15  from this Court:

16  **A.    Payment of Fees and Expenses of Receiver and His Professionals.**

17  Concurrently with this Final Report, the Receiver and his Professionals have
18  submitted their respective Final Fee Applications, requesting payment of their
19  respective outstanding fees and expenses already incurred and anticipated fees and
20  expenses through the termination of the instant receivership.

21  As reflected in the concurrently filed Final Fee Applications, the Receiver
22  respectfully requests authorization to pay his and his Professionals':  (1) unpaid
23  Holdbacks; and (2) outstanding administrative and professional fees and anticipated
24  fees and expenses through the termination of the instant receivership, from the
25  remaining funds on hand of $976,122.11.

26  **B.    Destruction of Records**

27  As previously noted, the Receiver has obtained and reviewed tens of thousands
28  of pages of electronic and hard copy documents relevant to the business and financial

activities of the Receivership Entities.  Some of these documents contain private financial information.  The Receiver requests that the Receiver be authorized to destroy all documents and records, except for those records specifically requested to be turned over by SEC or the AUSA.  The Receiver requests that the SEC or the AUSA notify the Receiver within 10 days of entry of this Court's order of any documents that they wish to retain and thereafter immediately take possession of such documents and records.

**C.**     **Fund Accounting and Current Financial Position.**

Cash basis financial statements including a Profit & Loss Statement and Balance Sheet for the period from April 1, 2021 through the closing of the receivership on or before December 31, 2021, as well as for the duration of the receivership are attached as **Exhibit 1**.  A copy of the Standardized Fund Accounting Report for the period from April 1, 2021 through December 31,2021 is also attached hereto in **Exhibit 1**.  Since the time of the Receiver's last report the Receiver has distributed $1,309,443.57 to claimants, paid operating expenses of $13,688.50, and holds $976,122.11 in cash.

**D.**     **Final disposition of funds.**   The $976,122.11 currently held by the Receiver will be distributed as follows:

| | |
|---|---|
| Thomas Seaman prior fee holdbacks | $137,044.35 |
| Thomas Seaman final fee application | $224,933.50 |
| Allen, Matkins prior fee holdbacks | $412,660.08 |
| Allen, Matkins final fee application | $153,651.58 |
| Digital forensics consultant fee holdback | $5,019.50 |
| Tax preparation fees | $10,000.00 |
| Storage expense, document destruction (estimate) | $6,200.00 |
| Surplus to U.S. Treasury | $26,613.10 |
| Total | $976,122.11 |

Following the payment of the professional fees requested herewith, and after

paying the final storage and document destruction expenses estimated at $6,300, there will be a surplus of approximately $26,600 (depending on the actual costs noted above), which will turned over to the Securities and Exchange Commission for payment to the United States Treasury.

### III.   CONCLUSION.

Based on the information presented above, the Receiver respectfully requests that this Court enter an order approving the Receiver's actions in administering the Receivership Estate, accepting this Final Report and the recommendations presented herein.

Dated:  December 17, 2021

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
DAVID R. ZARO

By:      /s/ *David R. Zaro*
DAVID R. ZARO
Attorneys for Receiver
THOMAS SEAMAN

1

## **VERIFICATION**

2     I have read the foregoing FINAL REPORT AND ACCOUNTING OF

3 RECEIVER, THOMAS A. SEAMAN, and know its contents.

4     I am the Receiver appointed in the above-entitled action.  The matters stated in

5 the foregoing document are true, to the best of my knowledge.

6     I declare under penalty of perjury under the laws of the United States that the

7 foregoing is true and correct.

8     Executed on December 17, 2021 in Irvine, California.

9

10

11 THOMAS A. SEAMAN

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 1**

4:26 PM
11/17/21
Accrual Basis

## PDC Capital Receivership
## Profit & Loss
### April through December 2021

|  | Apr - Dec 21 |
|---|---|
| **Ordinary Income/Expense** | |
| **Expense** | |
| Bank Service Charges | 2,329.06 |
| Distributions on Allowed Claims | 1,379,966.10 |
| Moving & Storage | 12,692.28 |
| **Outside Services** | |
| Computer and Internet Expenses | 1,852.50 |
| Postage & Delivery | 1,026.74 |
| **Total Outside Services** | 2,879.24 |
| **Professional Fees** | |
| Receiver's Fees | 346,117.02 |
| **Receiver's IT Consultant** | |
| Costs | 0.00 |
| Fees | 5,019.50 |
| Receiver's IT Consultant - Other | 1,140.00 |
| **Total Receiver's IT Consultant** | 6,159.50 |
| **Receiver's Legal Counsel** | |
| Fees | 609,633.56 |
| **Total Receiver's Legal Counsel** | 609,633.56 |
| **Tax Accountants Fees** | 10,000.00 |
| **Total Professional Fees** | 971,910.08 |
| **Total Expense** | 2,369,776.76 |
| **Net Ordinary Income** | -2,369,776.76 |
| **Net Income** | -2,369,776.76 |

Exhibit 1   Page 1
Page 9

4:26 PM

11/17/21

Accrual Basis

# PDC Capital Receivership
## Profit & Loss
### All Transactions

|  | Dec 31, 21 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| **1415 Main St Invstments Income** |  |
| Rental Income | 18,500.00 |
| **Total 1415 Main St Invstments Income** | 18,500.00 |
| **Asset Sales** |  |
| Partnership Interest Sale | 275,000.00 |
| Personal Property Sales | 180,000.00 |
| Real Property Sales | 12,091,231.20 |
| **Total Asset Sales** | 12,546,231.20 |
| **Caffe Primo Income** |  |
| Asset Sales | 21,500.00 |
| Personal Property Sales | 23,384.99 |
| **Total Caffe Primo Income** | 44,884.99 |
| **Settlement Proceeds** | 45,000.00 |
| **Turnover/Seizure** |  |
| Banks & Financial Institutions | 209,051.53 |
| Caffe Primo | 57,070.66 |
| Constructions Bonds | 457,711.25 |
| Escrow Accounts | 192,765.00 |
| Legal Retainers Returned | 160,381.59 |
| Pro-Loading Receivables | 7,511.25 |
| Refunds | 3,565.82 |
| Unused Loan Proceeds | 3,357,906.23 |
| **Total Turnover/Seizure** | 4,445,963.33 |
| **Total Income** | 17,100,579.52 |
| **Expense** |  |
| **1415 Main St Invstmnts Expenses** | 22,410.25 |
| **Bank Service Charges** | 9,775.73 |
| **Caffe Primo Expenses** |  |
| Commercial Cleaning Services | 11,101.41 |
| Food & Beverage Purchases | 13,086.77 |
| Insurance | 653.28 |
| Licenses & Fees | 1,732.00 |
| Locksmith | 1,252.97 |
| Moving & Storage Expense | 7,468.55 |
| Outside Services | 570.00 |
| Payroll Expenses | 22,239.61 |
| Sales Tax | 5,017.20 |
| Utilities | 193.49 |
| **Total Caffe Primo Expenses** | 63,315.28 |
| **Distributions on Allowed Claims** | 10,687,108.67 |
| **Moving & Storage** | 60,311.59 |
| **Office Supplies** | 30.16 |
| **Outside Services** |  |
| Boat Expenses | 161,768.14 |
| Computer and Internet Expenses | 31,924.00 |
| Locksmith | 1,904.00 |
| PACER Fees | 1,217.00 |
| Postage & Delivery | 2,519.56 |
| Reproduction & Subpoena Fees | 16,686.82 |
| **Total Outside Services** | 216,019.52 |
| **Professional Fees** |  |
| Receiver's Fees | 1,579,243.17 |
| **Receiver's IT Consultant** |  |
| Costs | 2,887.89 |
| Fees | 54,713.75 |
| Receiver's IT Consultant - Other | 1,140.00 |
| **Total Receiver's IT Consultant** | 58,741.64 |

**Exhibit 1   Page 1**
**Page 10**

**4:26 PM**

**11/17/21**

**Accrual Basis**

# PDC Capital Receivership
## Profit & Loss
### All Transactions

|  | Dec 31, 21 |
|---|---:|
| **Receiver's Legal Counsel** |  |
| Costs | 101,031.63 |
| Fees | 2,260,273.88 |
| **Total Receiver's Legal Counsel** | 2,361,305.51 |
| **Tax Accountants Fees** | 95,026.45 |
| **Total Professional Fees** | 4,094,316.77 |
| **Prograde Expenses** | 75,160.02 |
| **Senior Living Project Expenses** |  |
| Appraiser Fees | 65,250.00 |
| Architectural Services | 18,607.49 |
| Construction/Site Expenses | 79,458.53 |
| Fire Alarm Monitoring | 1,406.25 |
| HOA Dues | 17,612.24 |
| Insurance | 76,577.82 |
| Landscape & Maintenance | 30,799.68 |
| Legal Fees | 24,185.12 |
| Licenses & Fees | 5,590.15 |
| Mortgage Loan Interest | 263,206.56 |
| Outside Services | 48,684.65 |
| Property Management Fees | 1,725.36 |
| Property Taxes | 748,114.97 |
| Real Estate Sales Breakup Fee | 210,000.00 |
| Security | 61,106.44 |
| Telephone Expense | 2,820.82 |
| TRC Tucson Debt Servicing | 440,000.00 |
| Utilities | 27,343.94 |
| **Total Senior Living Project Expenses** | 2,122,490.02 |
| **Travel Expense** | 8,710.05 |
| **Total Expense** | 17,359,648.06 |
| **Net Ordinary Income** | -259,068.54 |
| **Other Income/Expense** |  |
| **Other Income** |  |
| Interest Income | 259,068.54 |
| **Total Other Income** | 259,068.54 |
| **Net Other Income** | 259,068.54 |
| **Net Income** | **0.00** |

**Exhibit 1**

4:27 PM

11/17/21

Accrual Basis

# PDC Capital Receivership
# Balance Sheet
### As of December 31, 2021

|  | Dec 31, 21 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **PDC Capital Operating Account** | 976,122.11 |
| **Total Checking/Savings** | 976,122.11 |
| **Total Current Assets** | 976,122.11 |
| **TOTAL ASSETS** | **976,122.11** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| **Accounts Payable** | 976,122.11 |
| **Total Accounts Payable** | 976,122.11 |
| **Total Current Liabilities** | 976,122.11 |
| **Total Liabilities** | 976,122.11 |
| **Equity** | |
| **Retained Earnings** | 2,310,478.20 |
| **Net Income** | -2,310,478.20 |
| **Total Equity** | 0.00 |
| **TOTAL LIABILITIES & EQUITY** | **976,122.11** |

**Exhibit 1**   Page 1
Page 12

**4:28 PM**

**11/17/21**

**Accrual Basis**

# PDC Capital Receivership
## General Ledger
### As of December 31, 2021

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-------|--------|---------|
| **Metropolitan Commercial Bank** | | | | | | | | 1,686,326.22 |
| Check | 4/30/2021 | | Stretto | | Bank Service ... | | 550.00 | 1,685,776.22 |
| Check | 5/31/2021 | | Stretto | | Bank Service ... | | 550.00 | 1,685,226.22 |
| Check | 6/30/2021 | | Stretto | | Bank Service ... | | 550.00 | 1,684,676.22 |
| Check | 7/31/2021 | | Stretto | | Bank Service ... | | 550.00 | 1,684,126.22 |
| General Journal | 8/2/2021 | | | Final Distribut... | -SPLIT- | | 1,289,672.46 | 394,453.76 |
| General Journal | 8/2/2021 | | | Final Distribut... | Metropolitan C... | | 599.07 | 393,854.69 |
| Check | 10/13/2021 | Wire | W. Wang | | Distributions o... | | 70,565.20 | 323,289.49 |
| Transfer | 10/13/2021 | | | Funds Transfer | PDC Capital O... | | 323,289.49 | 0.00 |
| Transfer | 11/4/2021 | | | Funds Transfer | PDC Capital O... | | 599.07 | -599.07 |
| General Journal | 11/4/2021 | | | Stop paymen... | Distributions o... | 599.07 | | 0.00 |
| Total Metropolitan Commercial Bank | | | | | | 599.07 | 1,686,925.29 | 0.00 |
| **PDC Capital Operating Account** | | | | | | | | 684,448.04 |
| Bill Pmt -Check | 4/7/2021 | 1564 | Southern CA Edison | | Accounts Pay... | | 59.70 | 684,388.34 |
| Bill Pmt -Check | 4/7/2021 | Phon... | Cox Business | | Accounts Pay... | | 41.92 | 684,346.42 |
| Check | 4/11/2021 | | | Service Charge | Bank Service ... | | 16.80 | 684,329.62 |
| Bill Pmt -Check | 5/4/2021 | 1565 | AIC Owner, LLC | | Accounts Pay... | | 1,158.92 | 683,170.70 |
| Bill Pmt -Check | 5/4/2021 | 1566 | Cox Business | 001 7601 060... | Accounts Pay... | | 34.95 | 683,135.75 |
| Bill Pmt -Check | 5/4/2021 | 1567 | Southern CA Edison | | Accounts Pay... | | 53.75 | 683,082.00 |
| Check | 5/11/2021 | | | Service Charge | Bank Service ... | | 20.85 | 683,061.15 |
| Bill Pmt -Check | 5/25/2021 | 1568 | Cox Business | Main St. Irvine | Accounts Pay... | | 34.95 | 683,026.20 |
| Bill Pmt -Check | 5/25/2021 | 1569 | Orange County Net... | | Accounts Pay... | | 427.50 | 682,598.70 |
| Bill Pmt -Check | 5/25/2021 | 1570 | Southern CA Edison | 700172571633 | Accounts Pay... | | 57.62 | 682,541.08 |
| Bill Pmt -Check | 6/1/2021 | 1571 | AIC Owner, LLC | June Rent | Accounts Pay... | | 847.97 | 681,693.11 |
| Check | 6/11/2021 | | | Service Charge | Bank Service ... | | 16.86 | 681,676.25 |
| Bill Pmt -Check | 6/17/2021 | 1572 | Southern CA Edison | | Accounts Pay... | | 109.36 | 681,566.89 |
| Bill Pmt -Check | 7/1/2021 | 1573 | AIC Owner, LLC | July Rent | Accounts Pay... | | 847.97 | 680,718.92 |
| Bill Pmt -Check | 7/1/2021 | 1574 | Cox Business | | Accounts Pay... | | 34.95 | 680,683.97 |
| Bill Pmt -Check | 7/1/2021 | 1575 | Orange County Net... | | Accounts Pay... | | 712.50 | 679,971.47 |
| Check | 7/11/2021 | | | Service Charge | Bank Service ... | | 20.26 | 679,951.21 |
| Bill Pmt -Check | 7/30/2021 | 1576 | AIC Owner, LLC | | Accounts Pay... | | 847.97 | 679,103.24 |
| Bill Pmt -Check | 7/30/2021 | 1577 | Cox Business | | Accounts Pay... | | 34.95 | 679,068.29 |
| Bill Pmt -Check | 7/30/2021 | 1578 | Orange County Net... | | Accounts Pay... | | 522.50 | 678,545.79 |
| Bill Pmt -Check | 7/30/2021 | 1579 | Southern CA Edison | | Accounts Pay... | | 167.77 | 678,378.02 |
| General Journal | 8/2/2021 | | | Final Distribut... | Metropolitan C... | | 9,864.22 | 668,513.80 |
| Check | 8/11/2021 | | | Service Charge | Bank Service ... | | 16.89 | 668,496.91 |
| Bill Pmt -Check | 8/31/2021 | 1580 | AIC Owner, LLC | 17779 Main ... | Accounts Pay... | | 847.97 | 667,648.94 |
| Bill Pmt -Check | 8/31/2021 | 1581 | Cox Business | #001 7601 06... | Accounts Pay... | | 34.95 | 667,613.99 |
| Bill Pmt -Check | 8/31/2021 | 1582 | Orange County Net... | | Accounts Pay... | | 2,327.50 | 665,286.49 |
| Bill Pmt -Check | 8/31/2021 | 1583 | Southern CA Edison | Storage room... | Accounts Pay... | | 133.42 | 665,153.07 |
| Bill Pmt -Check | 8/31/2021 | 1584 | Thomas Seaman C... | Postage reim... | Accounts Pay... | | 1,026.74 | 664,126.33 |
| Check | 9/11/2021 | | | Service Charge | Bank Service ... | | 17.11 | 664,109.22 |
| Bill Pmt -Check | 10/6/2021 | 1585 | AIC Owner, LLC | 17779 Main ... | Accounts Pay... | | 847.97 | 663,261.25 |
| Bill Pmt -Check | 10/6/2021 | 1586 | Cox Business | #001 7601 06... | Accounts Pay... | | 34.95 | 663,226.30 |
| Bill Pmt -Check | 10/6/2021 | 1587 | Southern CA Edison | 70017257163... | Accounts Pay... | | 121.80 | 663,104.50 |
| Check | 10/11/2021 | | | Service Charge | Bank Service ... | | 20.29 | 663,084.21 |
| Transfer | 10/13/2021 | | | Funds Transfer | Metropolitan C... | 323,289.49 | | 986,373.70 |
| Check | 10/18/2021 | 1588 | Ya Su | Final Distribut... | Distributions o... | | 9,864.22 | 976,509.48 |

**Exhibit 1**   **Page 1**
**Page 13**

4:28 PM

11/17/21

Accrual Basis

# PDC Capital Receivership
# General Ledger
## As of December 31, 2021

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 10/27/2021 | | AIC Owner, LLC | VOID: 17779 ... | Accounts Pay... | 0.00 | | 976,509.48 |
| Bill Pmt -Check | 10/27/2021 | | Cox Business | VOID: #001 7... | Accounts Pay... | 0.00 | | 976,509.48 |
| Bill Pmt -Check | 10/27/2021 | | Southern CA Edison | VOID: 70017... | Accounts Pay... | 0.00 | | 976,509.48 |
| Bill Pmt -Check | 10/27/2021 | 1589 | AIC Owner, LLC | 17779 Main ... | Accounts Pay... | | 847.97 | 975,661.51 |
| Bill Pmt -Check | 10/27/2021 | 1590 | Cox Business | VOID: #001 7... | Accounts Pay... | | 34.95 | 975,626.56 |
| Bill Pmt -Check | 10/27/2021 | 1591 | Southern CA Edison | 700172571633... | Accounts Pay... | | 103.52 | 975,523.04 |
| Transfer | 11/4/2021 | | | Funds Transfer | Metropolitan C... | 599.07 | | 976,122.11 |
| Total PDC Capital Operating Account | | | | | | 323,888.56 | 32,214.49 | 976,122.11 |
| **Rabobank Disbursement Account** | | | | | | | | 0.00 |
| Total Rabobank Disbursement Account | | | | | | | | 0.00 |
| **SLALMC, LLC** | | | | | | | | 0.00 |
| Total SLALMC, LLC | | | | | | | | 0.00 |
| **Treasury Management Acct 6484** | | | | | | | | 0.00 |
| Total Treasury Management Acct 6484 | | | | | | | | 0.00 |
| **Treasury Management Acct 8108** | | | | | | | | 0.00 |
| Total Treasury Management Acct 8108 | | | | | | | | 0.00 |
| **Advances to Subsidiary** | | | | | | | | 0.00 |
| Total Advances to Subsidiary | | | | | | | | 0.00 |
| **Accumulated Depreciation** | | | | | | | | 0.00 |
| Total Accumulated Depreciation | | | | | | | | 0.00 |
| **Furniture and Equipment** | | | | | | | | 0.00 |
| Total Furniture and Equipment | | | | | | | | 0.00 |
| **SAL Phoenix LP Promissory Note** | | | | | | | | 0.00 |
| Total SAL Phoenix LP Promissory Note | | | | | | | | 0.00 |
| **Accounts Payable** | | | | | | | | -997.50 |
| Bill | 4/7/2021 | | Cox Business | | Moving & Stor... | | 41.92 | -1,039.42 |
| Bill | 4/7/2021 | 2-32-... | Southern CA Edison | | Moving & Stor... | | 59.70 | -1,099.12 |
| Bill Pmt -Check | 4/7/2021 | 1564 | Southern CA Edison | | PDC Capital O... | 59.70 | | -1,039.42 |
| Bill Pmt -Check | 4/7/2021 | Phon... | Cox Business | | PDC Capital O... | 41.92 | | -997.50 |
| Bill | 4/11/2021 | | Cox Business | 001 7601 060... | Moving & Stor... | | 34.95 | -1,032.45 |
| Bill | 4/13/2021 | April | Southern CA Edison | | Moving & Stor... | | 53.75 | -1,086.20 |
| Bill | 5/3/2021 | 5/2021 | AIC Owner, LLC | | Moving & Stor... | | 1,158.92 | -2,245.12 |
| Bill Pmt -Check | 5/4/2021 | 1565 | AIC Owner, LLC | | PDC Capital O... | 1,158.92 | | -1,086.20 |
| Bill Pmt -Check | 5/4/2021 | 1566 | Cox Business | 001 7601 060... | PDC Capital O... | 34.95 | | -1,051.25 |
| Bill Pmt -Check | 5/4/2021 | 1567 | Southern CA Edison | | PDC Capital O... | 53.75 | | -997.50 |
| Bill | 5/20/2021 | 9748 | Orange County Net... | | Receiver's IT ... | | 427.50 | -1,425.00 |
| Bill | 5/21/2021 | 5/11/... | Cox Business | Main St. Irvine | Moving & Stor... | | 34.95 | -1,459.95 |
| Bill | 5/25/2021 | 7002... | Southern CA Edison | | Moving & Stor... | 0.00 | | -1,459.95 |
| Bill | 5/25/2021 | 05.10... | Southern CA Edison | 700172571633 | Moving & Stor... | | 57.62 | -1,517.57 |
| Bill Pmt -Check | 5/25/2021 | 1568 | Cox Business | Main St. Irvine | PDC Capital O... | 34.95 | | -1,482.62 |

Exhibit 1   Page 2
Page 14

4:28 PM

11/17/21

Accrual Basis

# PDC Capital Receivership
## General Ledger
### As of December 31, 2021

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 5/25/2021 | 1569 | Orange County Net... | | PDC Capital O... | 427.50 | | -1,055.12 |
| Bill Pmt -Check | 5/25/2021 | 1570 | Southern CA Edison | 700172571633 | PDC Capital O... | 57.62 | | -997.50 |
| Bill | 5/30/2021 | 9772 | Orange County Net... | | Receiver's IT ... | | 712.50 | -1,710.00 |
| Bill | 6/1/2021 | 06.01... | AIC Owner, LLC | June Rent | Moving & Stor... | | 847.97 | -2,557.97 |
| Bill Pmt -Check | 6/1/2021 | 1571 | AIC Owner, LLC | June Rent | PDC Capital O... | 847.97 | | -1,710.00 |
| Bill | 6/11/2021 | 001 7... | Cox Business | | Moving & Stor... | | 34.95 | -1,744.95 |
| Bill | 6/15/2021 | 06.10... | Southern CA Edison | | Moving & Stor... | | 109.36 | -1,854.31 |
| Bill Pmt -Check | 6/17/2021 | 1572 | Southern CA Edison | | PDC Capital O... | 109.36 | | -1,744.95 |
| Bill | 7/1/2021 | 07.01... | AIC Owner, LLC | July Rent | Moving & Stor... | | 847.97 | -2,592.92 |
| Bill Pmt -Check | 7/1/2021 | 1573 | AIC Owner, LLC | July Rent | PDC Capital O... | 847.97 | | -1,744.95 |
| Bill Pmt -Check | 7/1/2021 | 1574 | Cox Business | | PDC Capital O... | 34.95 | | -1,710.00 |
| Bill Pmt -Check | 7/1/2021 | 1575 | Orange County Net... | | PDC Capital O... | 712.50 | | -997.50 |
| Bill | 7/8/2021 | 9793 | Orange County Net... | | Computer and ... | | 522.50 | -1,520.00 |
| Bill | 7/12/2021 | 7001... | Southern CA Edison | | Moving & Stor... | | 167.77 | -1,687.77 |
| Bill | 7/12/2021 | 001 7... | Cox Business | Account #: 00... | Moving & Stor... | | 34.95 | -1,722.72 |
| Bill | 7/27/2021 | Reim... | Thomas Seaman C... | Postage reim... | Postage & Del... | | 1,026.74 | -2,749.46 |
| Bill Pmt -Check | 7/30/2021 | 1576 | AIC Owner, LLC | | PDC Capital O... | 847.97 | | -1,901.49 |
| Bill Pmt -Check | 7/30/2021 | 1577 | Cox Business | | PDC Capital O... | 34.95 | | -1,866.54 |
| Bill Pmt -Check | 7/30/2021 | 1578 | Orange County Net... | | PDC Capital O... | 522.50 | | -1,344.04 |
| Bill Pmt -Check | 7/30/2021 | 1579 | Southern CA Edison | | PDC Capital O... | 167.77 | | -1,176.27 |
| Bill | 8/1/2021 | Augu... | AIC Owner, LLC | | Moving & Stor... | | 847.97 | -2,024.24 |
| Bill | 8/10/2021 | 7001... | Southern CA Edison | Storage room... | Moving & Stor... | | 133.42 | -2,157.66 |
| Bill | 8/10/2021 | 9820 | Orange County Net... | 5/10/21-5/22/... | Computer and ... | | 1,330.00 | -3,487.66 |
| Bill | 8/13/2021 | 001 ... | Cox Business | #001 7601 06... | Moving & Stor... | | 34.95 | -3,522.61 |
| Bill Pmt -Check | 8/31/2021 | 1580 | AIC Owner, LLC | 17779 Main ... | PDC Capital O... | 847.97 | | -2,674.64 |
| Bill Pmt -Check | 8/31/2021 | 1581 | Cox Business | #001 7601 06... | PDC Capital O... | 34.95 | | -2,639.69 |
| Bill Pmt -Check | 8/31/2021 | 1582 | Orange County Net... | | PDC Capital O... | 2,327.50 | | -312.19 |
| Bill Pmt -Check | 8/31/2021 | 1583 | Southern CA Edison | Storage room... | PDC Capital O... | 133.42 | | -178.77 |
| Bill Pmt -Check | 8/31/2021 | 1584 | Thomas Seaman C... | Postage reim... | PDC Capital O... | 1,026.74 | | 847.97 |
| Bill | 9/1/2021 | Sept. ... | AIC Owner, LLC | 17779 Main ... | Moving & Stor... | | 847.97 | 0.00 |
| Bill | 9/9/2021 | 7001... | Southern CA Edison | 70017257163... | Moving & Stor... | | 121.80 | -121.80 |
| Bill | 9/10/2021 | 001 ... | Cox Business | #001 7601 06... | Moving & Stor... | | 34.95 | -156.75 |
| Bill | 10/1/2021 | Oct. 21 | AIC Owner, LLC | 17779 Main ... | Moving & Stor... | | 847.97 | -1,004.72 |
| Bill Pmt -Check | 10/6/2021 | 1585 | AIC Owner, LLC | 17779 Main ... | PDC Capital O... | 847.97 | | -156.75 |
| Bill Pmt -Check | 10/6/2021 | 1586 | Cox Business | #001 7601 06... | PDC Capital O... | 34.95 | | -121.80 |
| Bill Pmt -Check | 10/6/2021 | 1587 | Southern CA Edison | 70017257163... | PDC Capital O... | 121.80 | | 0.00 |
| Bill | 10/11/2021 | 7001... | Southern CA Edison | 70017257163... | Moving & Stor... | | 103.52 | -103.52 |
| Bill | 10/12/2021 | 001 ... | Cox Business | VOID: #001 7... | Moving & Stor... | | 34.95 | -138.47 |
| Bill Pmt -Check | 10/27/2021 | | AIC Owner, LLC | VOID: 17779 ... | PDC Capital O... | 0.00 | | -138.47 |
| Bill Pmt -Check | 10/27/2021 | | Cox Business | VOID: #001 7... | PDC Capital O... | 0.00 | | -138.47 |
| Bill Pmt -Check | 10/27/2021 | | Southern CA Edison | VOID: 70017... | PDC Capital O... | 0.00 | | -138.47 |
| Bill Pmt -Check | 10/27/2021 | 1589 | AIC Owner, LLC | 17779 Main ... | PDC Capital O... | 847.97 | | 709.50 |
| Bill Pmt -Check | 10/27/2021 | 1590 | Cox Business | VOID: #001 7... | PDC Capital O... | 34.95 | | 744.45 |
| Bill Pmt -Check | 10/27/2021 | 1591 | Southern CA Edison | 70017257163... | PDC Capital O... | 103.52 | | 847.97 |
| Bill | 11/1/2021 | Nov. 21 | AIC Owner, LLC | 17779 Main ... | Moving & Stor... | | 847.97 | 0.00 |
| Bill | 11/9/2021 | 7001... | Southern CA Edison | #7001725716... | Moving & Stor... | | 60.78 | -60.78 |
| Bill | 12/31/2021 | | Thomas Seaman C... | | -SPLIT- | | 346,117.02 | -346,177.80 |
| Bill | 12/31/2021 | | Allen Matkins | | -SPLIT- | | 609,633.56 | -955,811.36 |
| Bill | 12/31/2021 | | Berkeley Research ... | | -SPLIT- | | 5,019.50 | -960,830.86 |

Exhibit 1   Page 3
Page 15

4:28 PM

11/17/21

Accrual Basis

## PDC Capital Receivership
# General Ledger
### As of December 31, 2021

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-------|--------|---------|
| Bill | 12/31/2021 | | CliftonLarsonAllen L... | | Tax Accounta... | | 10,000.00 | -970,830.86 |
| Bill | 12/31/2021 | | Thomas Seaman C... | | Moving & Stor... | | 5,291.25 | -976,122.11 |
| Total Accounts Payable | | | | | | 12,356.99 | 987,481.60 | -976,122.11 |
| **Deposit for CP 106** | | | | | | | | 0.00 |
| Total Deposit for CP 106 | | | | | | | | 0.00 |
| **Disputed Sarasota Lien** | | | | | | | | 0.00 |
| Total Disputed Sarasota Lien | | | | | | | | 0.00 |
| **Disputed West Sacramento Lien** | | | | | | | | 0.00 |
| Total Disputed West Sacramento Lien | | | | | | | | 0.00 |
| **Payroll Liabilities** | | | | | | | | 0.00 |
| Total Payroll Liabilities | | | | | | | | 0.00 |
| **ProLoading Partnership Sale Dep** | | | | | | | | 0.00 |
| Total ProLoading Partnership Sale Dep | | | | | | | | 0.00 |
| **RE Sales Earnest Money Deposit** | | | | | | | | 0.00 |
| Total RE Sales Earnest Money Deposit | | | | | | | | 0.00 |
| **Tucson Medicare Audit Reserve** | | | | | | | | 0.00 |
| Total Tucson Medicare Audit Reserve | | | | | | | | 0.00 |
| **Opening Balance Equity** | | | | | | | | 0.00 |
| Total Opening Balance Equity | | | | | | | | 0.00 |
| **Retained Earnings** | | | | | | | | -2,310,478.20 |
| Total Retained Earnings | | | | | | | | -2,310,478.20 |
| **1415 Main St Investments Income** | | | | | | | | 0.00 |
| **Rental Income** | | | | | | | | 0.00 |
| Total Rental Income | | | | | | | | 0.00 |
| **1415 Main St Investments Income - Other** | | | | | | | | 0.00 |
| Total 1415 Main St Investments Income - Other | | | | | | | | 0.00 |
| Total 1415 Main St Investments Income | | | | | | | | 0.00 |
| **Asset Sales** | | | | | | | | 0.00 |
| **Partnership Interest Sale** | | | | | | | | 0.00 |
| Total Partnership Interest Sale | | | | | | | | 0.00 |
| **Personal Property Sales** | | | | | | | | 0.00 |
| Total Personal Property Sales | | | | | | | | 0.00 |
| **Real Property Sales** | | | | | | | | 0.00 |

Exhibit 1   Page 4
Page 16

4:28 PM

11/17/21

Accrual Basis

# PDC Capital Receivership
# General Ledger
### As of December 31, 2021

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-------|--------|---------|
| Total Real Property Sales | | | | | | | | 0.00 |
| **Asset Sales - Other** | | | | | | | | 0.00 |
| Total Asset Sales - Other | | | | | | | | 0.00 |
| Total Asset Sales | | | | | | | | 0.00 |
| **Caffe Primo Income** | | | | | | | | 0.00 |
| **Asset Sales** | | | | | | | | 0.00 |
| Total Asset Sales | | | | | | | | 0.00 |
| **Personal Property Sales** | | | | | | | | 0.00 |
| Total Personal Property Sales | | | | | | | | 0.00 |
| **Caffe Primo Income - Other** | | | | | | | | 0.00 |
| Total Caffe Primo Income - Other | | | | | | | | 0.00 |
| Total Caffe Primo Income | | | | | | | | 0.00 |
| **Sale of Assets** | | | | | | | | 0.00 |
| Total Sale of Assets | | | | | | | | 0.00 |
| **Sales** | | | | | | | | 0.00 |
| Total Sales | | | | | | | | 0.00 |
| **Settlement Proceeds** | | | | | | | | 0.00 |
| Total Settlement Proceeds | | | | | | | | 0.00 |
| **Turnover/Seizure** | | | | | | | | 0.00 |
| **Banks & Financial Institutions** | | | | | | | | 0.00 |
| Total Banks & Financial Institutions | | | | | | | | 0.00 |
| **Caffe Primo** | | | | | | | | 0.00 |
| Total Caffe Primo | | | | | | | | 0.00 |
| **Constructions Bonds** | | | | | | | | 0.00 |
| Total Constructions Bonds | | | | | | | | 0.00 |
| **Escrow Accounts** | | | | | | | | 0.00 |
| Total Escrow Accounts | | | | | | | | 0.00 |
| **Legal Retainers Returned** | | | | | | | | 0.00 |
| Total Legal Retainers Returned | | | | | | | | 0.00 |
| **Pro-Loading Receivables** | | | | | | | | 0.00 |
| Total Pro-Loading Receivables | | | | | | | | 0.00 |
| **Refunds** | | | | | | | | 0.00 |

Exhibit 1   Page 5
Page 17

4:28 PM

11/17/21

Accrual Basis

# PDC Capital Receivership
## General Ledger
### As of December 31, 2021

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-------|--------|---------|
| Total Refunds | | | | | | | | 0.00 |
| **Unused Loan Proceeds** | | | | | | | | 0.00 |
| Total Unused Loan Proceeds | | | | | | | | 0.00 |
| **Turnover/Seizure - Other** | | | | | | | | 0.00 |
| Total Turnover/Seizure - Other | | | | | | | | 0.00 |
| Total Turnover/Seizure | | | | | | | | 0.00 |
| **1415 Main St Invstmnts Expenses** | | | | | | | | 0.00 |
| Total 1415 Main St Invstmnts Expenses | | | | | | | | 0.00 |
| **Advertising and Promotion** | | | | | | | | 0.00 |
| Total Advertising and Promotion | | | | | | | | 0.00 |
| **Automobile Expense** | | | | | | | | 0.00 |
| Total Automobile Expense | | | | | | | | 0.00 |
| **Bank Service Charges** | | | | | | | | 1,710.28 |
| Check | 4/11/2021 | | | Service Charge | PDC Capital O... | 16.80 | | 1,727.08 |
| Check | 4/30/2021 | Stretto | | wire processi... | Metropolitan C... | 550.00 | | 2,277.08 |
| Check | 5/11/2021 | | | Service Charge | PDC Capital O... | 20.85 | | 2,297.93 |
| Check | 5/31/2021 | Stretto | | wire processi... | Metropolitan C... | 550.00 | | 2,847.93 |
| Check | 6/11/2021 | | | Service Charge | PDC Capital O... | 16.86 | | 2,864.79 |
| Check | 6/30/2021 | Stretto | | wire processi... | Metropolitan C... | 550.00 | | 3,414.79 |
| Check | 7/11/2021 | | | Service Charge | PDC Capital O... | 20.26 | | 3,435.05 |
| Check | 7/31/2021 | Stretto | | wire processi... | Metropolitan C... | 550.00 | | 3,985.05 |
| Check | 8/11/2021 | | | Service Charge | PDC Capital O... | 16.89 | | 4,001.94 |
| Check | 9/11/2021 | | | Service Charge | PDC Capital O... | 17.11 | | 4,019.05 |
| Check | 10/11/2021 | | | Service Charge | PDC Capital O... | 20.29 | | 4,039.34 |
| Total Bank Service Charges | | | | | | 2,329.06 | 0.00 | 4,039.34 |
| **Caffe Primo Expenses** | | | | | | | | 5,017.20 |
| **Commercial Cleaning Services** | | | | | | | | |
| Total Commercial Cleaning Services | | | | | | | | 0.00 |
| **Food & Beverage Purchases** | | | | | | | | 0.00 |
| Total Food & Beverage Purchases | | | | | | | | 0.00 |
| **Insurance** | | | | | | | | 0.00 |
| Total Insurance | | | | | | | | 0.00 |
| **Licenses & Fees** | | | | | | | | 0.00 |
| Total Licenses & Fees | | | | | | | | 0.00 |
| **Locksmith** | | | | | | | | 0.00 |
| Total Locksmith | | | | | | | | 0.00 |

Exhibit 1   Page 6
Page 18

4:28 PM

11/17/21

Accrual Basis

# PDC Capital Receivership
# General Ledger
### As of December 31, 2021

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **Moving & Storage Expense** | | | | | | | | 0.00 |
| Total Moving & Storage Expense | | | | | | | | 0.00 |
| **Outside Services** | | | | | | | | 0.00 |
| Total Outside Services | | | | | | | | 0.00 |
| **Payroll Expenses** | | | | | | | | 0.00 |
| Total Payroll Expenses | | | | | | | | 0.00 |
| **Reissued Returned Paychecks** | | | | | | | | 0.00 |
| Total Reissued Returned Paychecks | | | | | | | | 0.00 |
| **Sales Tax** | | | | | | | | 5,017.20 |
| Total Sales Tax | | | | | | | | 5,017.20 |
| **Utilities** | | | | | | | | 0.00 |
| Total Utilities | | | | | | | | 0.00 |
| **Caffe Primo Expenses - Other** | | | | | | | | 0.00 |
| Total Caffe Primo Expenses - Other | | | | | | | | 0.00 |
| Total Caffe Primo Expenses | | | | | | | | 5,017.20 |
| **Depreciation Expense** | | | | | | | | 0.00 |
| Total Depreciation Expense | | | | | | | | 0.00 |
| **Distributions on Allowed Claims** | | | | | | | | -70,565.21 |
| General Journal | 8/2/2021 | | | Final Distribut... | Metropolitan C... | 1,289,672.46 | | 1,219,107.25 |
| General Journal | 8/2/2021 | | | Final Distribut... | Metropolitan C... | 398.14 | | 1,219,505.39 |
| General Journal | 8/2/2021 | | | Final Distribut... | Metropolitan C... | 200.93 | | 1,219,706.32 |
| General Journal | 8/2/2021 | | | Final Distribut... | Metropolitan C... | 0.00 | | 1,219,706.32 |
| General Journal | 8/2/2021 | | | Final Distribut... | Metropolitan C... | 9,864.22 | | 1,229,570.54 |
| Check | 10/13/2021 | Wire | W. Wang | Sent to Bank ... | Metropolitan C... | 70,565.20 | | 1,300,135.74 |
| Check | 10/18/2021 | 1588 | Ya Su | Final Distribut... | PDC Capital O... | 9,864.22 | | 1,309,999.96 |
| General Journal | 11/4/2021 | | | Stop paymen... | Metropolitan C... | | 599.07 | 1,309,400.89 |
| Total Distributions on Allowed Claims | | | | | | 1,380,565.17 | 599.07 | 1,309,400.89 |
| **Insurance Expense** | | | | | | | | 0.00 |
| Total Insurance Expense | | | | | | | | 0.00 |
| **Interest Expense** | | | | | | | | 0.00 |
| Total Interest Expense | | | | | | | | 0.00 |
| **Licenses & Fees** | | | | | | | | 0.00 |
| Total Licenses & Fees | | | | | | | | 0.00 |
| **Meals and Entertainment** | | | | | | | | 0.00 |
| Total Meals and Entertainment | | | | | | | | 0.00 |

**Exhibit 1**   Page 7
Page 19

4:28 PM

11/17/21

Accrual Basis

# PDC Capital Receivership
## General Ledger
### As of December 31, 2021

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **Moving & Storage** | | | | | | | | 3,131.51 |
| Bill | 4/7/2021 | | Cox Business | | Accounts Pay... | 41.92 | | 3,173.43 |
| Bill | 4/7/2021 | 2-32-... | Southern CA Edison | | Accounts Pay... | 59.70 | | 3,233.13 |
| Bill | 4/11/2021 | | Cox Business | Main St. | Accounts Pay... | 34.95 | | 3,268.08 |
| Bill | 4/13/2021 | April | Southern CA Edison | | Accounts Pay... | 53.75 | | 3,321.83 |
| Bill | 5/3/2021 | 5/2021 | AIC Owner, LLC | | Accounts Pay... | 1,158.92 | | 4,480.75 |
| Bill | 5/21/2021 | 5/11/... | Cox Business | 001 7601 060... | Accounts Pay... | 34.95 | | 4,515.70 |
| Bill | 5/25/2021 | 7002... | Southern CA Edison | | Accounts Pay... | 0.00 | | 4,515.70 |
| Bill | 5/25/2021 | 05.10... | Southern CA Edison | 700172571633 | Accounts Pay... | 57.62 | | 4,573.32 |
| Bill | 6/1/2021 | 06.01... | AIC Owner, LLC | June Rent | Accounts Pay... | 847.97 | | 5,421.29 |
| Bill | 6/11/2021 | 001 7... | Cox Business | | Accounts Pay... | 34.95 | | 5,456.24 |
| Bill | 6/15/2021 | 06.10... | Southern CA Edison | Main St. Irvine | Accounts Pay... | 109.36 | | 5,565.60 |
| Bill | 7/1/2021 | 07.01... | AIC Owner, LLC | July Rent | Accounts Pay... | 847.97 | | 6,413.57 |
| Bill | 7/12/2021 | 7001... | Southern CA Edison | | Accounts Pay... | 167.77 | | 6,581.34 |
| Bill | 7/12/2021 | 001 7... | Cox Business | Account #: 00... | Accounts Pay... | 34.95 | | 6,616.29 |
| Bill | 8/1/2021 | Augu... | AIC Owner, LLC | Main St Irvine... | Accounts Pay... | 847.97 | | 7,464.26 |
| Bill | 8/10/2021 | 7001... | Southern CA Edison | Storage room... | Accounts Pay... | 133.42 | | 7,597.68 |
| Bill | 8/13/2021 | 001 ... | Cox Business | #001 7601 06... | Accounts Pay... | 34.95 | | 7,632.63 |
| Bill | 9/1/2021 | Sept. ... | AIC Owner, LLC | 17779 Main ... | Accounts Pay... | 847.97 | | 8,480.60 |
| Bill | 9/9/2021 | 7001... | Southern CA Edison | 70017257163... | Accounts Pay... | 121.80 | | 8,602.40 |
| Bill | 9/10/2021 | 001 ... | Cox Business | #001 7601 06... | Accounts Pay... | 34.95 | | 8,637.35 |
| Bill | 10/1/2021 | Oct. 21 | AIC Owner, LLC | 17779 Main ... | Accounts Pay... | 847.97 | | 9,485.32 |
| Bill | 10/11/2021 | 7001... | Southern CA Edison | 70017257163... | Accounts Pay... | 103.52 | | 9,588.84 |
| Bill | 10/12/2021 | 001 ... | Cox Business | #001 7601 06... | Accounts Pay... | 34.95 | | 9,623.79 |
| Bill | 11/1/2021 | Nov. 21 | AIC Owner, LLC | 17779 Main ... | Accounts Pay... | 847.97 | | 10,471.76 |
| Bill | 11/9/2021 | 7001... | Southern CA Edison | #7001725716... | Accounts Pay... | 60.78 | | 10,532.54 |
| Bill | 12/31/2021 | | Thomas Seaman C... | storage and d... | Accounts Pay... | 5,291.25 | | 15,823.79 |
| Total Moving & Storage | | | | | | 12,692.28 | 0.00 | 15,823.79 |
| **Office Supplies** | | | | | | | | 30.16 |
| Total Office Supplies | | | | | | | | 30.16 |
| **Outside Services** | | | | | | | | 1,377.50 |
| **Appraiser Fees** | | | | | | | | 0.00 |
| Total Appraiser Fees | | | | | | | | 0.00 |
| **Boat Expenses** | | | | | | | | 0.00 |
| Total Boat Expenses | | | | | | | | 0.00 |
| **Computer and Internet Expenses** | | | | | | | | 1,377.50 |
| Bill | 7/8/2021 | 9793 | Orange County Net... | | Accounts Pay... | 522.50 | | 1,900.00 |
| Bill | 8/10/2021 | 9820 | Orange County Net... | 5/10/21-5/22/... | Accounts Pay... | 1,330.00 | | 3,230.00 |
| Total Computer and Internet Expenses | | | | | | 1,852.50 | 0.00 | 3,230.00 |
| **Locksmith** | | | | | | | | 0.00 |
| Total Locksmith | | | | | | | | 0.00 |
| **PACER Fees** | | | | | | | | 0.00 |

Exhibit 1   Page 8
Page 20

# PDC Capital Receivership
## General Ledger
### As of December 31, 2021

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Total PACER Fees | | | | | | | | 0.00 |
| **Postage & Delivery** | | | | | | | | 0.00 |
| Bill | 7/27/2021 | Reim... | Thomas Seaman C... | USPS Cert. ... | Accounts Pay... | 1,026.74 | | 1,026.74 |
| Total Postage & Delivery | | | | | | 1,026.74 | 0.00 | 1,026.74 |
| **Reproduction & Subpoena Fees** | | | | | | | | 0.00 |
| Total Reproduction & Subpoena Fees | | | | | | | | 0.00 |
| **Outside Services - Other** | | | | | | | | 0.00 |
| Total Outside Services - Other | | | | | | | | 0.00 |
| Total Outside Services | | | | | | 2,879.24 | 0.00 | 4,256.74 |
| **Professional Fees** | | | | | | | | 0.00 |
| **Receiver's Fees** | | | | | | | | 0.00 |
| Bill | 12/31/2021 | | Thomas Seaman C... | 08/01/2019 to ... | Accounts Pay... | 154,306.00 | | 154,306.00 |
| Bill | 12/31/2021 | | Thomas Seaman C... | 3/1/2021 to cl... | Accounts Pay... | 54,766.67 | | 209,072.67 |
| Bill | 12/31/2021 | | Thomas Seaman C... | holdback ti 8/... | Accounts Pay... | 137,044.35 | | 346,117.02 |
| Total Receiver's Fees | | | | | | 346,117.02 | 0.00 | 346,117.02 |
| **Receiver's IT Consultant** | | | | | | | | 0.00 |
| **Costs** | | | | | | | | 0.00 |
| Bill | 12/31/2021 | | Berkeley Research ... | | Accounts Pay... | 0.00 | | 0.00 |
| Total Costs | | | | | | 0.00 | 0.00 | 0.00 |
| **Fees** | | | | | | | | 0.00 |
| Bill | 12/31/2021 | | Berkeley Research ... | holdback | Accounts Pay... | 5,019.50 | | 5,019.50 |
| Total Fees | | | | | | 5,019.50 | 0.00 | 5,019.50 |
| **Receiver's IT Consultant - Other** | | | | | | | | 0.00 |
| Bill | 5/20/2021 | 9748 | Orange County Net... | | Accounts Pay... | 427.50 | | 427.50 |
| Bill | 5/30/2021 | 9772 | Orange County Net... | | Accounts Pay... | 712.50 | | 1,140.00 |
| Total Receiver's IT Consultant - Other | | | | | | 1,140.00 | 0.00 | 1,140.00 |
| Total Receiver's IT Consultant | | | | | | 6,159.50 | 0.00 | 6,159.50 |
| **Receiver's Legal Counsel** | | | | | | | | 0.00 |
| **Costs** | | | | | | | | 0.00 |
| Total Costs | | | | | | | | 0.00 |
| **Fees** | | | | | | | | 0.00 |
| Bill | 12/31/2021 | | Allen Matkins | 8/1/2019 to 2/... | Accounts Pay... | 171,394.33 | | 171,394.33 |
| Bill | 12/31/2021 | | Allen Matkins | 3/1/2021 to cl... | Accounts Pay... | 25,000.00 | | 196,394.33 |
| Bill | 12/31/2021 | | Allen Matkins | holdback 02/... | Accounts Pay... | 413,239.23 | | 609,633.56 |
| Total Fees | | | | | | 609,633.56 | 0.00 | 609,633.56 |
| **Receiver's Legal Counsel - Other** | | | | | | | | 0.00 |

Exhibit 1   Page 9
Page 21

4:28 PM

11/17/21

Accrual Basis

**PDC Capital Receivership**
# General Ledger
### As of December 31, 2021

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-------|--------|---------|
| Total Receiver's Legal Counsel - Other | | | | | | | | 0.00 |
| Total Receiver's Legal Counsel | | | | | | 609,633.56 | 0.00 | 609,633.56 |
| **Tax Accountants Fees** | | | | | | | | 0.00 |
| Bill | 12/31/2021 | | CliftonLarsonAllen L… | not exceed fo… | Accounts Pay… | 10,000.00 | | 10,000.00 |
| Total Tax Accountants Fees | | | | | | 10,000.00 | 0.00 | 10,000.00 |
| **Professional Fees - Other** | | | | | | | | 0.00 |
| Total Professional Fees - Other | | | | | | | | 0.00 |
| Total Professional Fees | | | | | | 971,910.08 | 0.00 | 971,910.08 |
| **Prograde Expenses** | | | | | | | | 0.00 |
| Total Prograde Expenses | | | | | | | | 0.00 |
| **Rent Expense** | | | | | | | | 0.00 |
| Total Rent Expense | | | | | | | | 0.00 |
| **Repairs and Maintenance** | | | | | | | | 0.00 |
| Total Repairs and Maintenance | | | | | | | | 0.00 |
| **Senior Living Project Expenses** | | | | | | | | 0.00 |
| **Appraiser Fees** | | | | | | | | 0.00 |
| Total Appraiser Fees | | | | | | | | 0.00 |
| **Architectural Services** | | | | | | | | 0.00 |
| Total Architectural Services | | | | | | | | 0.00 |
| **Construction/Site Expenses** | | | | | | | | 0.00 |
| Total Construction/Site Expenses | | | | | | | | 0.00 |
| **Fire Alarm Monitoring** | | | | | | | | 0.00 |
| Total Fire Alarm Monitoring | | | | | | | | 0.00 |
| **HOA Dues** | | | | | | | | 0.00 |
| Total HOA Dues | | | | | | | | 0.00 |
| **Insurance** | | | | | | | | 0.00 |
| Total Insurance | | | | | | | | 0.00 |
| **Landscape & Maintenance** | | | | | | | | 0.00 |
| Total Landscape & Maintenance | | | | | | | | 0.00 |
| **Legal Fees** | | | | | | | | 0.00 |
| Total Legal Fees | | | | | | | | 0.00 |
| **Licenses & Fees** | | | | | | | | 0.00 |

**Exhibit 1**   Page 10
Page 22

4:28 PM

11/17/21

Accrual Basis

**PDC Capital Receivership**
# General Ledger
**As of December 31, 2021**

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-------|--------|---------|
| Total Licenses & Fees | | | | | | | | 0.00 |
| **Mortgage Loan Interest** | | | | | | | | 0.00 |
| Total Mortgage Loan Interest | | | | | | | | 0.00 |
| **Outside Services** | | | | | | | | 0.00 |
| Total Outside Services | | | | | | | | 0.00 |
| **Property Management Fees** | | | | | | | | 0.00 |
| Total Property Management Fees | | | | | | | | 0.00 |
| **Property Taxes** | | | | | | | | 0.00 |
| Total Property Taxes | | | | | | | | 0.00 |
| **Real Estate Sales Breakup Fee** | | | | | | | | 0.00 |
| Total Real Estate Sales Breakup Fee | | | | | | | | 0.00 |
| **Security** | | | | | | | | 0.00 |
| Total Security | | | | | | | | 0.00 |
| **Telephone Expense** | | | | | | | | 0.00 |
| Total Telephone Expense | | | | | | | | 0.00 |
| **TRC Tucson Debt Servicing** | | | | | | | | 0.00 |
| Total TRC Tucson Debt Servicing | | | | | | | | 0.00 |
| **Utilities** | | | | | | | | 0.00 |
| Total Utilities | | | | | | | | 0.00 |
| **Senior Living Project Expenses - Other** | | | | | | | | 0.00 |
| Total Senior Living Project Expenses - Other | | | | | | | | 0.00 |
| Total Senior Living Project Expenses | | | | | | | | 0.00 |
| **Taxes** | | | | | | | | 0.00 |
| Total Taxes | | | | | | | | 0.00 |
| **Travel Expense** | | | | | | | | 0.00 |
| Total Travel Expense | | | | | | | | 0.00 |
| **Interest Income** | | | | | | | | 0.00 |
| Total Interest Income | | | | | | | | 0.00 |
| **Ask My Accountant** | | | | | | | | 0.00 |
| Total Ask My Accountant | | | | | | | | 0.00 |
| **No accnt** | | | | | | | | 0.00 |
| Total no accnt | | | | | | | | 0.00 |

**Exhibit 1**  Page 11

4:28 PM

11/17/21
Accrual Basis

**PDC Capital Receivership**
## General Ledger
### As of December 31, 2021

| | Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **TOTAL** | | | | | | | 2,707,220.45 | 2,707,220.45 | 0.00 |

Exhibit 1  Page 12
Page 24

**STANDARDIZED FUND ACCOUNTING REPORT for PDC Capital Receivership**
SEC vs. PDC Capital, et al Case number 8:16-cv-02257-CJC-DFM
Reporting Period 04/01/2021 to 12/31/2021

| FUND ACCOUNTING (See instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | **Beginning Balance (03/31/2021):** | 2,300,251.73 | | 2,300,252 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | **Business Income** | | | - |
| Line 3 | **Cash and Securities** | | | - |
| Line 4 | **Interest/Dividend Income** | | | - |
| Line 5 | **Business Asset Liquidation** | | | - |
| Line 6 | **Personal Asset Liquidation** | | | - |
| Line 7 | **Third-Party Litigation Income** | | | - |
| Line 8 | **Miscellaneous - Other** | | | - |
| | **Total Funds Available (Lines 1 - 8):** | **2,300,252** | | **2,300,252** |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | **Disbursements to Investors** | (1,309,443.57) | | (1,309,443.57) |
| Line 10 | **Disbursements to Receivership Operations** | | | |
| Line 10a | *Disbursement to Receiver or Other Professionals* | | | - |
| Line 10b | *Business Asset Expenses* | (990,808) | | (990,808) |
| Line 10c | *Personal Asset Expenses* | | | - |
| Line 10d | *Investment Expenses* | - | | - |
| Line 10e | *Third-Party Litigation Expenses* | | | - |
| | *1. Attorney Fees* | | | - |
| | *2. Litigation Expenses* | - | | - |
| | ***Total Third-Party Litigation Expenses*** | **-** | | **-** |
| Line 10f | *Tax Administrator Fees and Bonds* | - | | - |
| Line 10g | *Federal and State Tax Payments* | | | |
| | **Total Disbursements for Receivership Operations** | | | **(990,808)** |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | - | | - |
| | Independent Distribution Consultant (IDC).. | - | | - |
| | Distribution Agent……………………………. | - | | - |
| | Consultants…………………………………… | - | | - |
| | Legal Advisors………………………………… | - | | - |
| | Tax Advisors…………………………………… | - | | - |
| | 2. Administrative Expenses | - | | - |
| | 3. Miscellaneous | - | | - |
| | ***Total Plan Developmental Expenses*** | | | **-** |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | - | | - |
| | IDC……………………………………………… | - | | - |
| | Distribution Agent……………………………. | - | | - |
| | Consultants…………………………………… | - | | - |
| | Legal Advisors………………………………… | - | | - |
| | Tax Advisors…………………………………… | - | | - |
| | 2. Administrative Expenses | - | | - |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan…………… | | | - |
| | Claimant Identification……………………….. | - | | - |
| | Claims Processing…………………………… | - | | - |
| | Web Site Maintenance/Call Center…………. | - | | - |
| | 4. Fund Administrator Bond | - | | - |
| | 5. Miscellaneous | - | | - |
| | 6. Federal Account for Investor Restitution (FAIR) Reports Expenses | - | | - |
| | ***Total Plan Implementation Expenses*** | **-** | | **-** |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | **-** |
| Line 12 | **Disbursements to Court/Other:** | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | - | | - |
| Line 12b | *Federal Tax Payments* | | | - |
| | **Total Disbursement to Court/Other:** | | | |
| | **Total Funds Disbursed (Lines 9 - 11):** | | | **(2,300,252)** |
| Line 13 | **Ending Balance (As of 12/31/2021):** | | | - |

**Exhibit 1**
**Page 25**

**STANDARDIZED FUND ACCOUNTING REPORT for USFIA - Cash Basis**
SEC vs. PDC Capital, et al Case number 8:16-cv-02257-CJC-DFM
Reporting Period 04/01/2021 to 12/31/2021

| Line 14 | **Ending Balance of Fund - Net Assets:** | | | |
|---|---|---|---|---|
| Line 14a | *Cash & Cash Equivalents* | | | - |
| Line 14b | *Investments* | | | - |
| Line 14c | *Other Assets or Uncleared Funds* | | | - |
| | Total Ending Balance of Fund - Net Assets | | | - |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | ***Report of Items NOT to be Paid by the Fund*** | | | |
| Line 15 | **Disbursement for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………… | - | | - |
| | IDC…………………………………………… | - | | - |
| | Distribution Agent………………………… | - | | - |
| | Consultants………………………………… | - | | - |
| | Legal Advisors…………………………… | - | | - |
| | Tax Advisors……………………………… | - | | - |
| | 2. Administrative Expenses | - | | - |
| | 3. Miscellaneous | - | | - |
| | ***Total Plan Developmental Expenses Not Paid by the Fund*** | | | - |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund* | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………… | - | | - |
| | IDC…………………………………………………… | | | - |
| | Distribution Agent………………………… | - | | - |
| | Consultants………………………………… | - | | - |
| | Legal Advisors…………………………… | - | | - |
| | Tax Advisors……………………………… | - | | - |
| | 2. Administrative Expenses | - | | - |
| | 3. Investor Identification | | | |
| | Notice/Publishing Approved Plan…………… | - | | - |
| | Claimant Identification…………………… | - | | - |
| | Claims Processing………………………… | | | - |
| | Web Site Maintenance/Call Center………… | | | - |
| | 4. Fund Administrator Bond | - | | - |
| | 5. Miscellaneous | - | | - |
| | 6. FAIR Reporting Expenses | - | | - |
| | ***Total Plan Implementation Expenses Not Paid by the Fund*** | | | - |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | - |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | - |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | - | | - |
| Line 16b | *Federal Tax Payments* | - | | - |
| | Total Disbursement to Court/Other Not Paid by the Fund: | | | - |
| Line 17 | **DC & State Tax Payments** | - | | - |
| Line 18 | **No. of Claims:** | | | |
| Line 18a | *# of Claims Received This Reporting Period………………………………………………………* | | | |
| Line 18b | *# of Claims Received Since Inception of Fund………………………………………………………* | | | |
| Line 19 | **No. of Claimants/Investors:** | | | |
| Line 19a | *# of Claimants/Investors Paid this Reporting Period…………………………………………* | | | |
| Line 19b | *# of Claimants/Investors Paid Since Inception of Fund………………………………………* | | | |

Receiver: _[signature] Thomas L. Seaman_

By: Thomas Seaman
Receiver for PDC Capital
Date: November 17, 2021

**Exhibit 1**
**Page 26**