UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

    v.

EMILIO FRANCISCO; PDC CAPITAL GROUP, LLC; CAFFE PRIMO INTERNATIONAL, INC.; SAL ASSISTED LIVING, LP; SAL CARMICHAEL, LP; SAL CITRUS HEIGHTS, LP; SAL KERN CANYON, LP; SAL PHOENIZ, LP; SAL WESTGARE, LP; SUMMERPLACE AT SARASOTA, LP; SUMMERPLACE AT CLEARWATER, LP; SUMMERPLACE AT CORRELL PALMS, LP; TRC TUCSON, LP; CLEAR CURRENTS WEST, LP; CAFFE PRIMO MANAGEMENT, LP; CAFFEE PRIMO MANAGEMENT 102, LP; CAFFEE PRIMO MANAGEMENT 103, LP; CAFFEEE PRIMON MANAGEMENT 104, LP; CAFFE PRIMO MANAGEMENT 105, LP;

Case No.: SACV 16-02257-CJC(DFMx)

**ORDER APPROVING FINAL REPORT AND ACCOUNTING; AUTHORZING PAYMENT OF FINAL FEE APPLICATIONS OF RECEIVER AND PROFESSIONAL; AUTHORIZING DESTRUCTION OF DOCUMENTS; AND DISCHARGING AND RELEASING THE RECEIVER [Dkt. 409]**

|   |   |
|---|---|
| CAFFEE PRIMO MANAGEMENT 104, LP; CAFFEE PRIMO MANAGEMENT 106, LP; CAFFE PRIMO MANAGEMENT 107, LP; AND CAFFE PRIMO MANAGEMENT 108, LP,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The Court having reviewed the Final Fee Application of Thomas A. Seaman, (Dkt. 409-1); Final Report and Account of Receiver, Thomas A. Seaman, (409-1); Final Fee Application of Receiver's Counsel, Allen Matkins, (Dkt. 409-3); Declaration of Thomas A. Seaman, (Dkt. 409-4); and accompanying Memorandum of Points and Authorities Final Fee, (Dkt. 409-5) other supporting materials, and being so advised in the matter and finding good cause, orders as follows:

1. The Motion is **GRANTED**.

2. The Final Report is **APPROVED**.

3. The Receiver is authorized to pay the fees and expenses requested in the Final Fee Applications from the assets of the Receivership Entities, as follows:

   a. $224,933.50 in final fees and expenses to himself;

   b. $137,044.35 in amounts previously held back from the interim fee applications to himself;

   c. $149,967.00 in final fees, and $8,026.58 in final expenses to counsel, Allen Matkins; and

        d.    $412,660.08 in amounts previously held back from the interim fee applications to counsel, Allen Matkins.

4.    The Receiver is authorized to file the final tax returns for 2021 and then abandon any documents containing no private information, and destroy and documents containing private information, within 30 days of this Order.

5.    The Receiver is discharged and released from all further duties, claims, liabilities and responsibilities including but not limited to those that may be imposed by state and local tax authorities or otherwise.  Upon the Receiver's filing of final tax returns, this receivership shall be terminated.  The Securities and Exchange Commission and AUSA shall notify the receiver within 10 days of entry of this Court's order of any documents or records that they wish to retain and thereafter take possession of such documents and records.

6.    The Court shall retain jurisdiction over any claims arising out of this Order or the discharge of the Receiver.[1]

DATED:    January 20, 2022

                                  CORMAC J. CARNEY
                                  UNITED STATES DISTRICT JUDGE

CC:  FISCAL

---

[1] Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  Accordingly, the hearing set for January 24, 2022, at 1:30 p.m. is hereby vacated and off calendar.